# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH WALSH,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE COMPANY, INC.<br><br>Defendant. | Case No. 4:20-cv-1169-NAB<br><br>**JURY TRIAL DEMANED** |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Elizabeth Walsh ("Plaintiff") and pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby serves this Notice of Dismissal without prejudice of Defendant Farmers Insurance Company, Inc.  In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) this notice is being filed before the opposing party has served either an answer or motion for summary judgment.

Dated: February 1, 2021

Respectfully submitted,

*/s/ Anthony R. Friedman*
Anthony G. Simon, #38745
Anthony R. Friedman, #65531
Paul J. Tahan, #73037
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929
Fax: (314) 241-2929
asimon@simonlawpc.com
afriedman@simonlawpc.com
ptahan@simonlawpc.com

Michael D. Stokes
Gonzalo A. Fernandez
**DEVEREAUX, STOKES, NOLAN,
FERNANDEZ & LEONARD**
133 S. 11th Street, Suite 350
St. Louis, Missouri 63102

1

(314) 621-3743
Fax: (314) 621-5705
lori@stltriallawyers.com
gonz@stltriallawyers.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF on February 1, 2021.

*/s/ Anthony R. Friedman*