**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH WALSH,           )<br>                            )<br>     Plaintiff,           )<br>                            )<br>  v.                        )<br>                            )<br> FARMERS INSURANCE COMPANY, )<br> INC.,                      )<br>                            )<br>     Defendant.            )  | Case No. 4:20-CV-1169-NAB |

## ORDER OF DISMISSAL

Upon the filing of Plaintiff's Notice of Dismissal (Doc. 14) on February 1, 2021,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendant Farmers Insurance Company, Inc. are **DISMISSED without prejudice**.

Dated this 2nd day of February, 2021.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE